# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAMILO TORRES, *et al*., | |
| Plaintiffs, | Case No. 2:12-CV-00873-KJD-PAL |
| v. | **ORDER** |
| COUNTRYWIDE FINANCIAL, *et al*., | |
| Defendants. | |

Before the Court are the Motion to Dismiss (#10) of Defendant Las Vegas Police Department and the Motion to Dismiss (#13) of Defendant 048 Realty. Plaintiffs have not filed any opposition to these motions. 048 Realty filed a notice of no opposition (#20).

Pursuant to Local Rule 7-2(b), any response and/or opposition to these motions to dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No response and/or opposition has been filed by the Plaintiffs. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. Defendants' Motions appear to be supported by good cause.

1  **IT IS HEREBY ORDERED** that Defendant Las Vegas Police Department's Motion to
2  Dismiss (#10) is **GRANTED**.
3  **IT IS FURTHER ORDERED** that Defendant 048 Realty's Motion to Dismiss (#13) is
4  **GRANTED**.
5  DATED this 10th day of July 2012.

_____
Kent J. Dawson
United States District Judge