# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAMILO TORRES, *et al*.,

    Plaintiffs,

v.

COUNTRYWIDE FINANCIAL, *et al*.,

    Defendants.

Case No. 2:12-CV-00873-KJD-PAL

**ORDER**

    Before the Court is the Motion to Dismiss (#18) filed by Defendants Countrywide Financial, Federal National Mortgage Association, and Mortgage Electronic Registration Systems, Inc. (Collectively, "Defendants").  No opposition to the Motion has been filed. Defendants filed a Notice of No Opposition (#22).

    On July 5, 2012, Plaintiffs were provided with notice (#19) of the significance of a dispositive motion pursuant to <u>Klingele v. Eikenberry</u> and <u>Rand v. Rowland</u>.  Plaintiffs' opposition was due July 19, 2012.  Plaintiffs have not filed an opposition.  Pursuant to Local Rule 7-2, failure to oppose a motion constitutes consent to the granting of the Motion.

    The Motion appears to be supported by good cause. Accordingly, **IT IS HEREBY ORDERED THAT** Defendants Motion to Dismiss (#18) is **GRANTED**.

    DATED this 27th day of July 2012.

_____
Kent J. Dawson
United States District Judge