# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CAMILO TORRES, *et al.*,

    Plaintiffs,

v.

COUNTRYWIDE FINANCIAL, *et al.*,

    Defendants.

Case No. 2:12-CV-00873-KJD-PAL

**ORDER**

    The Court has granted motions to dismiss all but one defendant in this case (## 21, 23). The only remaining defendant in this case is John Bonventura. On October 5, 2012, the Court issued notice (#24) that it would dismiss this action pursuant to Federal Rule of Civil Procedure 4(m) if Plaintiff failed to file proof that Bonventura was served. The Court set a deadline of November 4, 2012 for Plaintiff to file proof of service. Plaintiff has failed to file a proof of service on Bonventura. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**.

    DATED this 15th day of November 2012.

                                                      _____
                                                      Kent J. Dawson
                                                      United States District Judge